IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BETTY HOLLINGSWORTH,        )
                            )
    Plaintiff,               )
                            )
v.                          )
                            )   Civil Action No.: L97-3956
BRISTOL-MYERS SQUIBB CO., et al.,  )
                            )
                            )
    Defendants.             )

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 101.2 (b), please withdraw the appearance of James L. Shea and Dino S. Sangiamo, Venable, Baetjer & Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc. and enter the appearance of Richard A. Dean of Arter & Hadden LLP, 1801 K Street, N.W., Suite 400K, Washington, D.C. 20006 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc.

Leave of Court is requested pursuant to Local Rule 101.2(b).

James L. Shea
Dino S. Sangiamo
VENABLE, BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Richard A. Dean
ARTER & HADDEN LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006
(202) 775-7100

APPROVED: _____ 8/2/00
          USDJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Substitution of Counsel was served on this 31st day of July, 2000 by first-class mail, postage paid on the following:

        Michael Gallant, Esquire
        Ashcraft & Gerel, LLP
        2000 L Street, N.W., Suite 400
        Washington, D.C. 20036

        L. Richard Rawls, Esquire
        Palmieri, Tyler, Weiner,
         Wilhelm & Waldron
        2603 Main Street, Suite 1300
        Irvine, California 92714-6228

        Bonnie A. Beavan, Esquire
        Bruce R. Parker, Esquire
        Goodell, DeVries, Leech & Gray, LLP
        One South Street, 20th Floor
        Baltimore, Maryland 21202

        Terri Steinhaus Reisken, Esquire
        Hogan & Hartson, LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004-1109

                          */s/ Richard A. Dean*
                          Richard A. Dean

276343.1D