IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BETTY HOLLINGSWORTH | * |
| Plaintiff | * |
| v. | *   Civil Action No.: L 97-3956 |
| BAXTER HEALTHCARE CORPORATION, et al. | * |
| | * |
| Defendants | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRAECIPE (STRIKING THE APPEARANCE OF BRUCE R. PARKER)

Please strike the appearance of Bruce R. Parker as attorney of record for Defendants Baxter Healthcare Corporation and Baxter International Inc., and retain the appearance of Bonnie J. Beavan as attorney of record for Baxter Healthcare Corporation and Baxter International Inc. The current full mailing address, telephone number and telecopier number for Ms. Beavan are set forth below:

> Bonnie J. Beavan, Esquire
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> (410) 783-4000 Telephone
> (410) 783-4040 Fax

> Respectfully submitted,

> _/s/ Bonnie J. Beavan_
> Bonnie J. Beavan, Bar No. 09669
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> (410) 783-4000
> **Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

APPROVED THIS 8TH DAY OF March, 2001

_/s/ Benson Legg_
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2001, copies of this Praecipe (Striking The Appearance Of Bruce R. Parker) were mailed first-class, postage prepaid, to:

William F. Mulroney
Michael Gallant
Michelle A. Parfitt
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
 **Attorneys for Plaintiff**

Richard A. Dean, Esquire
Michael J. Pollack, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301
**Attorneys for Bristol-Myers Squibb Co.
CooperSurgical, Inc., Medical Engineering
Corporation, Surgitek, Inc., and The Cooper
Companies, Inc.**

Terri Steinhaus Reisken, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
**Attorneys for Minnesota Mining &
Manufacturing Co. (a/k/a 3M)**

_____
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation
and Baxter International Inc.**

320668