IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BETTY HOLLINGSWORTH           *

    Plaintiff                 *

v.                            *       Civil Action No.: L 97-3956

BRISTOL-MYERS SQUIBB, et al.  *

    Defendants                *
**************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel, hereby file this Stipulation of Dismissal With Prejudice of the above-referenced action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is hereby requested that the Court close this file and dismiss all claims with prejudice.

        Respectfully submitted,

        William F. Mulroney, Esquire
        Michael Gallant, Esquire
        Michelle A. Parfitt, Esquire
        Ashcraft & Gerel
        10 East Baltimore Street
        Baltimore, Maryland 21202
        (410) 539-1122
        **Attorneys for Plaintiff**

*Michael J. Pollack*
Richard A. Dean, Esquire /s/
Michael J. Pollack, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301
(202) 775-7100
**Attorneys for Bristol-Myers Squibb Co. CooperSurgical, Inc., Medical Engineering Corporation, Surgitek, Inc., and The Cooper Companies, Inc.**

*Terri Steinhaus*
Terri Steinhaus Reisken, Esquire /s/
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
**Attorneys for Minnesota Mining & Manufacturing Co. (a/k/a 3M)**

*Bonnie Beavan*
Bonnie J. Beavan, Esquire, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Attorneys for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

### AUTHORITIES

Rule 41(a)(1), Fed. R. Civ. P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2001, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid to:

William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
(410) 539-1122
**Attorneys for Plaintiff**

Richard A. Dean, Esquire
Michael J. Pollack, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301
**Attorneys for Bristol-Myers Squibb Co.**
**CooperSurgical, Inc., Medical**
**Engineering Corporation, Surgitek, Inc.,**
**and The Cooper Companies, Inc.**

Terri Steinhaus Reisken, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
**Attorneys for Minnesota Mining &**
**Manufacturing Co. (a/k/a 3M)**

_____
Bonnie J. Beavan

3

**SO ORDERED** this 3RD day of April, 2001. This case is HEREBY DISMISSED WITH PREJUDICE.

                                                JUDGE, United States District Court for the District of Maryland

cc:    William F. Mulroney, Esquire
       Michael Gallant, Esquire
       Michelle A. Parfitt, Esquire
       Ashcraft & Gerel
       10 East Baltimore Street
       Baltimore, Maryland 21202
       **Attorneys for Plaintiff**

       Bonnie J. Beavan, Esquire
       Goodell, DeVries, Leech & Dann, LLP
       One South Street, 20th Floor
       Baltimore, Maryland 21202
       **Attorneys for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

       Terri Steinhaus Reisken, Esquire
       Hogan & Hartson
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004-1109
       **Attorneys for Minnesota Mining & Manufacturing Co. (a/k/a 3M)**

       Richard A. Dean, Esquire
       Michael J. Pollack, Esquire
       Arter & Hadden, LLP
       1801 K Street, N.W.
       Suite 400K
       Washington, D.C. 20006-1301
       **Attorneys for Bristol-Myers Squibb Co. CooperSurgical, Inc., Medical Engineering Corporation, Surgitek, Inc., and The Cooper Companies, Inc.**

321382